David W. Peters, SB# 155449
Lawyers Against Lawsuit Abuse, APC
402 West Broadway, Suite 400
San Diego, CA 92101
(619) 275-2000 / FAX (619) 353-9990
dpeters@ascervus.com

Attorney for Defendants Chet D. Cox and Andria Parker Cox, each Individually and as Trustees of the Ace Trust dated 15 January 1995

Scott N. Johnson, SB# 166952
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB 253
Carmichael, CA 95608
(916) 485-3516 / FAX (916) 481-4224
scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

David Lavine, Esq.
Schien & Cai, LLP
111 N. Market Street, Suite 1020
San Jose, CA 95113
(408) 436-0789 / Fax: (408) 436-0758
Email: dlavine@sacattorneys.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC ORANGE COUNTY, INC., et. al. <br><br> Defendants | CASE NO.: 2:11-CV-02977-JAM-DAD <br><br> STIPULATION FOR DISMISSAL, AND ORDER THEREON |

Page 1 of 3
Scott N. Johnson v. Organic Orange County, Inc., et al., Case No. 2:11-CV-02977-JAM-DAD
Stipulation for Dismissal and [Proposed] Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Scott N. Johnson and Defendants Buy Sell Loan, Inc., Chet D. Cox, Trustee and Andria Parker Cox, each both (1) as individual defendants and (2) as Trustees of the Ace Trust dated 15 January 1995, by and through their respective attorneys of record, Scott N. Johnson, David Lavine and David Warren Peters, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this Court enter a dismissal with prejudice of all Plaintiff's claims with regard to the above-encaptioned civil action, as well as Plaintiff's Complaint as a whole, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their own legal fees, litigation expenses and costs.

IT IS SO STIPULATED effective as of the date first written below.

Dated: ___March 2012          Disabled Access Prevents Injury, Inc.

                              By: /s/ Scott N. Johnson
                              Email: dpeters@ascervus.com
                              Attorney for Plaintiff

Dated: ___March 2012          Schein & Cai, LLP

                              By: /s/ David Lavine
                              Email: dlavine@sacattorneys.com
                              Attorney for Defendant Buy Sell Loan, Inc.

Dated: ___March 2012          Lawyers Against Lawsuit Abuse, APLC

                              By: /s/ David Warren Peters
                              Email: dpeters@ascervus.com
                              Attorney for Defendants Chet D. Cox and Andria
                              Parker Cox, each Individually and as Trustees
                              of the Ace Trust dated 15 January 1995

Page 2 of 3
Scott N. Johnson v. Organic Orange County, Inc., et al., Case No. 2:11-CV-02977-JAM-DAD
Stipulation for Dismissal and [proposed] Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

**Order**

Having considered the stipulation of Plaintiff Scott N. Johnson and counsel for Defendants Buy Sell Loan, Inc., and Chet D. Cox and Andria Parker Cox, each both (1) as individual defendants and (2) as Trustees of the Ace Trust dated 15 January 1995, that this Court enter a dismissal with prejudice of all Plaintiff's claims with regard to the above-encaptioned civil action, as well as Plaintiff's Complaint as a whole, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their own legal fees, litigation expenses and costs, it is hereby ORDERED that:

1. All of Plaintiff's claims with regard to the above-encaptioned civil action, as well as Plaintiff's Complaint as a whole, are hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2);

2. Each party shall beat their own legal fees, litigation expenses and costs.

IT IS SO ORDERED.

Dated: April 9, 2012                     /s/ John A. Mendez
                                         United States District Court Judge

Page 3 of 3
Scott N. Johnson v. Organic Orange County, Inc., et al., Case No. 2:11-CV-02977-JAM-DAD
Stipulation for Dismissal and [proposed] Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com